IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE, INDIANA

| | |
|---|---|
| LARRY EMMONS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CAUSE NO. 1:22-cv-00188 |
| CITY OF MARION | ) |
| | ) |
| | ) |
| Defendant, | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to, 42 U.S.C. §§ 1981, 1983, 1988, and Title VII 42 U.S.C. § 2000e et seq. as amended by the Civil Rights Act of 1991. Jurisdiction is based upon 28 U.S.C. §§ 1331 and 1343.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice to sue on April 4, 2022.

**PARTIES**

3. Plaintiff is an African-American male and at all relevant times he resided in the Northern District of Indiana.

4. Defendant is a political subdivision in the State of Indiana in the Northern District of Indiana.

## FACTS

5. In February of 2019, Plaintiff applied for a position as a bus driver with the City of Marion and was denied.

6. In May of 2021, Plaintiff applied again for a job with the City of Marion as a bus driver.

7. Plaintiff was an experienced driver and had worked as a driver for more than twenty (20) years.

8. On May 11, 2021, Plaintiff was informed that he was not hired for the city bus driver position.

9. Plaintiff was more qualified and had more experience than the applicants that were awarded the positions.

10. A Caucasian individual with less education and experience who was less qualified than the Plaintiff was awarded the position that Plaintiff had applied for in May of 2021.

11. As of May of 2021, the City of Marion had not hired an African-American in two years in the Transportation Department, although the City of Marion had hired 3 individuals over that same two-year period in the Transportation Department.

12. The facts set forth in ¶¶ 5-11 of this Complaint constitute intentional or deliberately indifferent racially motivated disfavoring of the Plaintiff and other African-American applicants for the position of part-time and full-time city bus drivers and favoring of non-African-American applicants for that position.

13. Plaintiff was not hired due to his race.

14. Plaintiff engaged in protected activity.

15. As a result of the actions of the City of Marion, Indiana, the Plaintiff has suffered loss of employment, employment opportunity, humiliation and emotional distress.

## COUNT I

16. Plaintiff incorporates by reference paragraphs 1-15.

17. Defendant, as a result of not hiring Plaintiff due to his race, violated Title VII of the 1964 Civil Rights Act, as amended, 42 U.S.C. § 2000e, et seq.

## COUNT II

18. Plaintiff incorporates by reference paragraphs 1-15.

19. Defendant, as a result of not hiring Plaintiff due to his race because Plaintiff engaged in protected activity, violated Title VII of the 1964 Civil Rights Act, as amended, 42 U.S.C. § 2000e, et seq.

## COUNT III

20. Plaintiff incorporates by reference paragraphs 1-15.

21. Defendant, as a result of not hiring the Plaintiff due to his race, violated 42 U.S.C. § 1981.

## COUNT IV

22. Plaintiff incorporates by reference paragraphs 1-15.

23. Defendant, as a result of not hiring Plaintiff due to race, have violated the equal protection provisions of the Fourteenth Amendment to the United States Constitution, as enforced 42 U.S.C. § 1983.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff her cost in this action and reasonable attorney fees;

E. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

**REQUEST FOR JURY TRIAL**

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 210-3416